UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WEBSTER AARON WILSON,

        Plaintiff,

vs.                                 Case No.  3:12-cv-686-J-25MCR

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 19) filed January 28, 2013.  The Commissioner seeks remand for further action under sentence four of 42 U.S.C. §405(g) to permit the ALJ to:

> [U]pdate the medical record, and if warranted order updated psychological testing; address Plaintiff's mental impairments; if necessary, obtain supplemental vocational expert testimony; offer Plaintiff the opportunity for a new hearing; and issue a new decision.

(Doc. 19, p.1).  The Motion indicates Plaintiff has no opposition to the remand.

Accordingly, after due consideration, it is

**ORDERED**:

Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 19) is **GRANTED** and a judgment shall enter **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. §405(g).  Thereafter, the Clerk is directed to close the file.

Should this remand result in the award of benefits, any attorney Plaintiff may retain is hereby granted, pursuant to Rule 54(d)(2)(B), an extension of time in which to file a petition for authorization of attorney's fees under 42 U.S.C. § 406(b), until thirty (30) days after receipt of a notice of award of benefits from the Social Security Administration.  **This order does not extend the time limits for filing a motion for attorney's fees under the Equal Access to Justice Act.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  30th  day of January, 2013.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record